| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br><br>Denise Carlon<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>Specialized Loan Servicing LLC as servicer for Deutsche Bank National Trust Company, as Trustee on behalf of the holders of the Terwin Mortgage Trust 2006-11ABS, Asset-Backed Certificates, TMT Series 2006-11 ABS | Order Filed on January 17, 2019<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No:  18-23263 JKS<br><br>Chapter: 13<br><br>Hearing Date: January 10, 2018 at 10:00 A.M.<br><br>Judge: John K. Sherwood |
| In Re:<br>Carpino, Anthony D.<br>            DEBTOR<br><br>Arbutina, Stacey<br><br>            CO-DEBTOR | |

# ORDER VACATING STAY &CO-DEBTOR STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: January 17, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

[Type text]

Upon the motion of <u>Specialized Loan Servicing LLC as servicer for Deutsche Bank National Trust Company, as Trustee on behalf of the holders of the Terwin Mortgage Trust 2006-11ABS, Asset-Backed Certificates, TMT Series 2006-11 ABS</u>, under Bankruptcy Code section 362(a) and 1301 (c) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as Lot 12, Block  90 ,     40 Church Street , Lodi NJ 07644**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the co-debtor stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*