UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

**Order Filed on March 18, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

IN RE:

    ANTHONY D CARPINO

Case No.:  18-23263

Judge:  JOHN K. SHERWOOD

## ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: March 18, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Case No.: 18-23263JKS

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

---

ORDERED, that the claim of SPECIALIZED LOAN SERVICING LLC, Court Claim Number 10, be modified to amount paid to date through the plan by the Standing Trustee; and it is further

ORDERED, that in the event the Automatic Stay is reinstated as to this creditor, this Order shall be null and void, and the claim shall be reinstated accordingly.