**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Anthony D Carpino | Social Security number or ITIN   xxx−xx−0686 |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18−23263−JKS | |

# Order of Discharge                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Anthony D Carpino

7/2/19                                            **By the court:** John K. Sherwood
                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-23263-JKS
Anthony D Carpino                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jul 02, 2019
                              Form ID: 3180W           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2019.
```
db            +Anthony D Carpino,    40 Church St,    Lodi, NJ 07644-2407
517719229      Bergen Anesthesia Associates,    PO Box 1123,    Minneapolis MN 55440-1123
517737118     +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517624199     +Specialized Loan Servicing/SLS,    Attn: Bankruptcy Dept,    8742 Lucent Blvd #300,
                Highlands Ranch, CO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 03 2019 01:14:55      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 03 2019 01:14:48      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517624200     +E-mail/Text: bankruptcy@cavps.com Jul 03 2019 01:15:20      Cavalry Portfolio Services,
                Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
517629757     +E-mail/Text: bankruptcy@cavps.com Jul 03 2019 01:15:20      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517624201     +EDI: WFNNB.COM Jul 03 2019 04:18:00      Comenity Bank/kingsi,    Attn: Bankruptcy,
                Po Box 182273,    Columbus, OH 43218-2273
517624202     +EDI: DCI.COM Jul 03 2019 04:18:00      Diversified Consultants, Inc.,
                Diversified Consultants, Inc.,    Po Box 551268,    Jacksonville, FL 32255-1268
517675506     +EDI: CBSMASON Jul 03 2019 04:18:00      Figi's Companies Inc,    c/o Creditors Bankruptcy Service,
                P.O. Box 800849,    Dallas, TX 75380-0849
517624203     +EDI: AMINFOFP.COM Jul 03 2019 04:18:00      First Premier Bank,    Po Box 5524,
                Sioux Falls, SD 57117-5524
517675508     +EDI: CBS7AVE Jul 03 2019 04:23:00      Ginny's,    c/o Creditors Bankruptcy Service,
                P.O. Box 800849,    Dallas, TX 75380-0849
517624204     +EDI: CBS7AVE Jul 03 2019 04:23:00      Ginnys/Swiss Colony Inc,    Attn: Credit Department,
                Po Box 2825,    Monroe, WI 53566-8025
517675509     +EDI: CBS7AVE Jul 03 2019 04:23:00      Home At Five,    c/o Creditors Bankruptcy Service,
                P.O. Box 800849,    Dallas, TX 75380-0849
517740343      EDI: PRA.COM Jul 03 2019 04:18:00      Portfolio Recovery Associates, LLC,
                C/O Capital One Bank (usa), N.a.,    POB 41067,    Norfolk VA 23541
517705087     +EDI: JEFFERSONCAP.COM Jul 03 2019 04:18:00      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517731417      EDI: Q3G.COM Jul 03 2019 04:18:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                PO Box 788,    Kirkland, WA  98083-0788
517675507     +EDI: CBSMASON Jul 03 2019 04:18:00      Stoneberry,    c/o Creditors Bankruptcy Service,
                P.O. Box 800849,    Dallas, TX 75380-0849
517625443     +EDI: RMSC.COM Jul 03 2019 04:18:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
517624205     +EDI: RMSC.COM Jul 03 2019 04:18:00      Synchrony Bank/Walmart,    Attn: Bankruptcy Dept,
                Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 17
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jul 02, 2019
                              Form ID: 3180W           Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2019 at the address(es) listed below:

              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee on
               behalf of the holders of the Terwin Mortgage Trust 2006-11ABS, Asset-Backed Certificates, TMT
               Series 2006-11 ABS dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Harvey I. Marcus    on behalf of Debtor Anthony D Carpino him@lawmarcus.com
              Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               on behalf of the holders of the Terwin Mortgage Trust 2006-11ABS, Asset-Backed Certificates, TMT
               Series 2006-11 ABS kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5